PROB 12B
(7/93)

Report Date: October 2, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 12 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Gary L Adams                             Case Number: 2:06CR00017-001

Name of Sentencing Judicial Officer:  The Honorable Edward J Lodge, U.S. District Judge

Date of Original Sentence:  9/22/2003                        Type of Supervision:  Supervised Release

Original Offense: Bank Larceny, 18 USC § 2113(b)             Date Supervision Commenced:  9/19/2004

Original Sentence:  Prison - 6 Months; TSR - 36 Months       Date Supervision Expires:  9/18/2007

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

   The defendant shall not possess any alcoholic beverages.

### CAUSE

   The purpose of this petition is to apprise the Court of ongoing adjustment issues experienced by the offender while under supervision in the District of Idaho. Gary Adams has had several alcohol related violations during his term of supervision. The defendant has had incidents of possession of alcohol which were not prohibited by the Court. Prior to his release from the Port of Hope Community Corrections Center, the defendant was caught in the process of purchasing alcoholic beverages by the Port of Hope staff. During the prerelease investigation conducted by the District of Idaho, the defendant was found to be in possession of alcoholic beverages.

   On August 15, 2006, Gary Adams admitted to having another relapse consuming alcoholic beverages. During a home visit on the above-mentioned date, the offender was again in possession of the alcoholic beverage, Ice House beer. As an intermediate sanction, he was required to disclose the relapse to his substance abuse counselor at the Port of Hope and required to participate in additional substance abuse counseling. Due to the contrary nature of the defendant's possession of alcoholic beverages while attempting to maintain his sobriety, the District of Idaho is recommending a modification of conditions of release to include the requirement that, "the defendant shall not possess any alcoholic beverage." Gary Adams was asked whether he would waive his right to a hearing and agree to the modifications as described. As indicated by the enclosed waiver of hearing to modify conditions of supervised release form, Mr. Adams has agreed to the proposed modifications.

   It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adapted.

Respectfully submitted,

by *Tommy Rosser*

Tommy Rosser
U.S. Probation Officer
Date: October 2, 2006

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

Oct. 10, 2006
Date